**2006–1229.   Galloway v. Croft.**
In Habeas Corpus. On petition for writ of habeas corpus of Richard A. Galloway. Sua sponte, cause dismissed.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.